UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 02-078 |
| JEANNETTE MAIER | * | SECTION "B" |

### ORDER

This day, a hearing was held on Defendant's Motion for Early Termination of Probation (Rec. Doc. No. 304).

Following a plea and finding of guilty to the charge of Conspiracy to Travel in Interstate Commerce in Aid of Racketeering Enterprises, on April 29, 2003, Defendant was sentenced to (1) probation for a term of three years, (2) pay a fine to the United States in the amount of $10,000 and (3) pay a special assessment of $100 to the United States. (Rec. Doc. No. 286). Defendant has completed more than two-thirds of the term of probation and, in doing so, complied with the mandatory and standard conditions of probation as well as the special conditions that were imposed. She has fully satisfied all other obligations as to the sentence. For reasons stated orally in open court, **IT IS ORDERED** that the Motion for Early Termination of Probation is hereby **GRANTED**. Accordingly, Defendant's term of probation shall be terminated effective immediately.

**IT IS FURTHER ORDERED** that this Court's previous order granting Defendant's Motion for Permission to Travel, filed



Tuesday, May 3, 2005, is hereby **VACATED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Permission to Travel is hereby **DENIED** as moot in light of this Court's order of today's date granting the Motion for Early Termination of Probation.

New Orleans, Louisiana, this 4th day of May, 2005.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE