UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL ACTION |
| **VERSUS** | * | NO. 02-078 |
| **JEANNETTE MAIER, ET AL.** | * | SECTION "B" |

### ORDER

Considering the Motion of Michael Henry to Intervene and for Immediate Access to Public Records Filed Under Seal (Rec. Doc. No. 320),

**IT IS ORDERED** that the Motion to Intervene (Rec. Doc. No. 320) is **DENIED** as baseless and frivolous.  Release of the records at issue to Defendants in the above-captioned matter has already been authorized (*see* Rec. Doc. No. 217, pg. 3 of 14).  Moreover, Record Documents 200, 209, 217, 221, 240, and 243 were released publicly by the Court's unsealing order issued in January 2003 (*see* Rec. Doc. 264).

New Orleans, Louisiana, this 2nd day of June, 2010.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE